UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED

09 NOV 19 AM 9: 24

IN RE:

UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND

DON M CRAWFORD
VALERIE D CRAWFORD
Debtor(s)

**CASE NO. BKY 04-42924 RJK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Don M Crawford in the amount of $1.00, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Don M Crawford | | $1.00 |
| Valerie D Crawford | | |
| 368 East 44th Street | | |
| Minneapolis, MN 55409 | | |

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: November 18, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee